# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Marquette Business Credit, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. Judge |
| v. | |
| International Wood, LLC et al, | Case No: 08cv1383 (JNE/FLN) |
| | Date: September 20, 2010 |
| Defendant. | Deputy: Sheri L. Frette |
| | Court Reporter: Maria Weinbeck |
| | Time Commenced: 9:30 a.m. |
| | Time Concluded: 9:50 a.m. |
| | Time in Court: 0 Hours & 20 Minutes |

Hearing on:

APPEARANCES:

    Plaintiff:    Mark G. Schroeder/Daniel J. Supalla
    Defendant:    Steven R. Lindemann and Charles K. Maier

PROCEEDINGS: Case settled before trial. Terms and conditions placed on the record.

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                                        s/Sheri L. Frette
                                                         Calendar Clerk