# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Marquette Business Credit, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. Judge |
| v. | |
| International Wood, LLC, et al, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 08cv1383 (JNE/FLN) |
| Date: | April 28, 2011 |
| Deputy: | Sheri L. Frette |
| Court Reporter: | Debra Beauvais |
| Time Commenced: | 3:02 p.m. |
| Time Concluded: | 3:21 p.m. |
| Time in Court: | 0 Hours & 19 Minutes |

Hearing on:  **Plaintiff's Motion to Enforce Settlement [#171].  An order resolving was issued from the bench.  Parties will submit documents accordingly.**

APPEARANCES:

    Plaintiff:     Mark G. Schroeder
    Defendant:  Steven R. Lindemann

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                                                                 s/Sheri L. Frette
                                                                                 Calendar Clerk