UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marquette Business Credit, Inc.,

      Plaintiff,

v.

International Wood, LLC; Sonak
Management LLC; Edward G. Gleason;
and Irwin A. Engelman,

      Defendants.

Civil No. 08-1383 (JNE/FLN)
ORDER

On October 29, 2009, the Court granted Marquette Business Credit, Inc.'s motion for

summary judgment on Count I against International Wood, LLC.  The Court concluded that

International Wood is liable to Marquette Business Credit for $4,042,456.60, plus $930.61 per

day for each day after September 14, 2009, until the date of entry of judgment, interest at the rate

set forth in 28 U.S.C. § 1961(a) (2006) after the entry of judgment, and reasonable costs,

expenses, and attorney fees in accordance with Section 1.12 of a loan and security agreement

dated August 9, 2007.  Asserting that the affidavit on which the Court based its conclusion

erroneously stated the amount owed by International Wood, Marquette Business Credit moved

without objection for a judgment that accurately states the amount owed by International Wood.

There being no just reason for delay,[1] *see* Fed. R. Civ. P. 54(b), the Court directs the Clerk of

Court to enter judgment against International Wood as requested in Marquette Business Credit's

motion for entry of judgment.

---

[1]      Marquette Business Credit and the remaining defendants entered into a settlement
agreement.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

1.      Marquette Business Credit's motion for entry of judgment [Docket No. 169] is GRANTED.

2.      International Wood is liable to Marquette Business Credit for $5,224,659.22, plus $930.61 per day for each day after September 20, 2010, until the date of entry of judgment, interest at the rate set forth in 28 U.S.C. § 1961(a) (2006) after the entry of judgment, and reasonable costs, expenses, and attorney fees in accordance with Section 1.12 of a loan and security agreement dated August 9, 2007.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April 29, 2011

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge