AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marquette Business Credit, Inc.

V.

International Wood, LLC; Sonak Management LLC; Edward G. Gleason; and Irwin A. Engelman,

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-cv-1383 JNE/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Marquette Business Credit's motion for entry of judgment [Docket No. 169] is GRANTED.
2. International Wood is liable to Marquette Business Credit for $5,224,659.22, plus $930.61 per day for each day after September 20, 2010, until the date of entry of judgment, interest at the rate set forth in 28 U.S.C. § 1961(a) (2006) after the entry of judgment, and reasonable costs, expenses, and attorney fees in accordance with Section 1.12 of a loan and security agreement dated August 9, 2007.

| April 29, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | Katie Thompson |
| | (By)      Katie Thompson    Deputy Clerk |